UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TYLER JULIAN PENYAK,

        Defendant.

**INDICTMENT**

_____/

The Grand Jury charges:

**COUNT 1**
**(Assault by Strangulation)**

On or about May 2, 2025, in Benzie County, within the boundaries of the Sleeping Bear Dunes National Lakeshore, an area within the special maritime and territorial jurisdiction of the United States, in the Southern Division of the Western District of Michigan,

TYLER JULIAN PENYAK

assaulted his intimate partner by strangling and attempting to strangle her.

18 U.S.C. § 113(a)(8)
18 U.S.C. § 113(b)(4)
18 U.S.C. § 2266(7)(A)(i)(I), (II)
18 U.S.C. § 7(3)

## COUNT 2
### (Operating Under the Influence)

On or about May 2, 2025, in Benzie County, within the boundaries of the Sleeping Bear Dunes National Lakeshore, an area within the special maritime and territorial jurisdiction of the United States, in the Southern Division of the Western District of Michigan,

TYLER JULIAN PENYAK

operated a motor vehicle under the influence of alcohol to a degree that rendered him incapable of safe operation and the alcohol concentration in his blood was 0.08 grams or more of alcohol per 100 milliliters of blood.


36 C.F.R. § 4.23(a)(1), (2)
36 C.F.R. § 4.1
36 C.F.R. § 1.4(a)
36 C.F.R. § 1.3(a)
18 U.S.C. § 1865(a)

## COUNT 3
### (Attempted Witness Tampering)

On or about May 4, 2025, in Benzie County, in the Southern Division of the

Western District of Michigan,

TYLER JULIAN PENYAK

attempted to corruptly persuade another person to influence, delay, and prevent the

testimony of any person in an official proceeding, and cause and induce any person to

withhold testimony from an official proceeding, evade legal process summoning that

person to appear as a witness in an official proceeding, and be absent from an official

proceeding to which such person has been summoned by legal process.


18 U.S.C. § 1512(b)(1)
18 U.S.C. § 1512(b)(2)(A), (C), (D)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW B. BIRGE
Acting United States Attorney

_____
JONATHAN ROTH
Assistant United States Attorney